**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

_____

MCGIP, LLC,

        CASE NO. 1:11-CV-04486

    Plaintiff,

        Judge: Hon. William J. Hibbler

v.        Magistrate: Hon. Michael T. Mason

DOES 1-20,

    Defendants.

_____

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses the remaining Doe Defendants in this action without prejudice. In accordance with Federal Rule of Civil Procedure 41(a)(1), the Doe Defendants remaining in this case have neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

[Intentionally left blank]

Respectfully submitted,

MCGIP, LLC

**DATED:** October 24, 2011

By: /s/ John Steele
John Steele (Bar No. 6292158)
Steele Hansmeier PLLC
161 N. Clark Street
Suite 3200
Chicago, IL 60601
Tel. No.: (312) 880 – 9160
Facsimile No.: (312) 893 – 5677
E-mail: jlsteele@wefightpiracy.com
*Attorney for Plaintiff*

- 3 -

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on October 24, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                                                          /s/ John Steele  
                                                          JOHN STEELE